# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2023-0016
_____

TIMOTHY G. MALONE,

  Petitioner,

  v.

STATE OF FLORIDA,

  Respondent.

_____

Petition Alleging Ineffective Assistance of Appellate Counsel—
Original Jurisdiction.

December 7, 2023

PER CURIAM.

  The Court denies the petition alleging ineffective assistance
of appellate counsel on the merits.

B.L. THOMAS, ROWE, and BILBREY, JJ., concur.

_____

  ***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Timothy G. Malone, pro se, Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondent.